IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISAAC DONALD EVERLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PATRICE Y. EVERLY, PHILLIP J. | ) |
| EVERLY, CHRISTOPHER EVERLY, | ) |
| THE PHILLIP EVERLY FAMILY TRUST | ) |
| and EVERLY AND SONS MUSIC (BMI) | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT C

# RELEASE AND ASSIGNMENT

WHEREAS, the undersigned, Phil Everly, and Don Everly have heretofore entered into an agreement with Acuff-Rose Publications transferring certain musical compositions entitled "CATHY'S CLOWN", "SIGH, CRY, ALMOST DIE", "THAT'S JUST TOO MUCH" to Acuff-Rose Publications, as publisher, and

WHEREAS, said agreement listed both Phil Everly and Don Everly as composers of said compositions, and

WHEREAS, the said Phil Everly desires to release, and transfer, to the said Don Everly all of his rights, interests and claim in and to said compositions, including rights to royalties and his claim as co-composer, effective June 1, 1980.

NOW, THEREFORE, for and in consideration of One Dollar ($1.00) and other good and valuable consideration, all of which is hereby acknowledged, Phil Everly does hereby transfer, release, assign and set over unto Don Everly all of his rights, titles, interests and claim to the musical compositions "CATHY'S CLOWN", "SIGH, CRY, ALMOST DIE", "THAT'S JUST TOO MUCH", the copyrights of which were obtained in 1960 by Acuff-Rose Publications, and which are still owned by them. This transfer and release, which is effective June 1, 1980, includes not only the said Phil Everly's right to royalties and other income arising out of the said compositions from and after the effective date, but also every claim of every nature by him as to the compositions of said songs.

By copy hereof, Broadcast Music, Inc. and Acuff-Rose Publications, Inc. are authorized and directed to correct their records accordingly and to make payments of amounts due and to become due to the said Don Everly solely on and after the effective date hereof.

*[signature]*
PHIL EVERLY

State of Calif.
County of Los Angeles

On this 10th day of June 1980, before me personally appeared Phil Everly, to me known who executed the same as his free act and deed.

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
JO ANN T. HARKNESS
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Exp. Aug. 27, 1982